**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-20949-BLOOM/Elfenbein**

BENEDIKTAS   SKVIRBLYS,
as   Personal   Representative
of the Estate of Sandra Louise
Skvirblys, Deceased,

      Plaintiff,

v.

NCL (BAHAMAS) LTD.,

      Defendant.

_____/

## ORDER TO FILE PROOF OF SERVICE

      **THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants **within 90 days** after the filing of the complaint.[1] Plaintiff filed this action on March 12, 2024, *see* ECF No. [1], generating a **June 11, 2024**, service deadline.[2] A summons has been issued as to Defendant, *see* ECF No. [3], but service has not been perfected. Accordingly, it is **ORDERED AND ADJUDGED** that, within **seven (7) days** of perfecting service upon Defendant, Plaintiff shall file proof of such service with the Court. Failure to effectuate service of a summons and the complaint on Defendant by the stated deadline will result in dismissal without prejudice and without further notice.

---

[1] The 90-day timeframe does not apply to service of process upon parties in a foreign country. *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).").

[2] The case was initially assigned to Judge David S. Leibowitz, then reassigned to Judge Beth Bloom on May 17, 2024 upon Judge Leibowitz's recusal, ECF No. [4].

Case No. 24-cv-20949-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 22, 2024.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record